# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT JACKSON
### Assigned on Briefs March 05, 2014

## STATE OF TENNESSEE v. JIMMY GRIFFIN, JR.

Appeal from the Circuit Court for Madison County
No. 1323     Donald H. Allen, Judge

_____

No. W2013-01774-CCA-R3-CD  - Filed May 20, 2014

_____

THOMAS T. WOODALL, J., concurring in part and dissenting in part.

I respectfully dissent from that portion of the majority opinion which sets aside the order of restitution and remands for another hearing.  I disagree that this is an appropriate case to observe "plain error" and would accordingly affirm the judgment of the trial court.

_____
THOMAS T. WOODALL, JUDGE